**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 426 EAL 2020

            Respondent                  :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

            v.                          :

                                         :

KAMIL BROWN,                           :

                  Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.